UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :

ANVAR A. ALISHEROV,                   :

                Petitioner,     :

                                             :

        -against-          :        26-CV-859 (VSB)

                                           :

LADEON FRANCIS, Acting Field Office   :        **ORDER**
Director of New York, Immigration Customs  :
and Enforcement, Immigration and Customs  :
Enforcement; PAUL ARTETA, Sheriff of    :
Orange County and Warden of Orange County :
Correctional Facility,                 :

                                         :

                 Respondents. :

                                         :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1 ("Habeas Petition").)  I held an initial telephonic conference on February 6, 2026.  Upon consideration of Petitioner's Habeas Petition and my comments made in the initial telephonic conference, it is hereby ORDERED that the parties file a response addressing the following questions by **Wednesday, February 11, 2026**.

1. The statutory provision that Petitioner is detained under.

2. The Petition attaches a Notices to Appear (NTA) (Doc. 1-2), Order of Release on Recognizance (Doc. 1-3), and an Arrest Warrant (Doc. 1-4), which the Petition clarifies is addressed to Petitioner's father, Aziz Istamov, but notes that these documents "are identical to Petitioner's," (Pet. ¶ 3, n.1).  However, the Petition does not attach the NTA, Order of Release on Recognizance, or Arrest Warrant for Petitioner.  The parties should file any documents, including any NTA, Order of Release on Recognizance, Arrest Warrant, or Form I-213 Record of Deportable/Inadmissible Alien, issued to Petitioner along with their response.

3. The circumstances that led to Petitioner's arrest on November 6, 2025.

4.  When Petitioner's application for asylum was filed and the current status of that application.

5.  Whether there is any basis to distinguish this Petition from my prior opinions in *Sidqui v. Almodovar*, No. 25-CV-9349, 2026 WL 251929 (S.D.N.Y. Jan. 30, 2026) and *Han v. Bondi*, No. 25-CV-10753 (S.D.N.Y.), and whether those decisions control the results here.

IT IS FURTHER ORDERED that the Order to Show Cause Hearing, currently scheduled for February 20, 2026 at 1:00 p.m. ET in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007, shall instead be conducted telephonically on **February 20, 2026 at 1:00 p.m. ET**.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated:      February 6, 2026
            New York, New York

Vernon S. Broderick
United States District Judge