**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANVAR A. ALISHEROV,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 0859 (VSB) |
| -against- | **JUDGMENT** |

LADEON FRANCIS, Acting Field Office
Director of New York, Immigration Customs
and Enforcement, Immigration and Customs
Enforcement, et al.,

                              Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 19, 2026, the Petition for a writ of habeas

corpus is GRANTED.

**DATED:**  New York, New York
           February 24, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**